1/22/15

Your Honor, I hope that by the time this letter reaches you, your in the best of health and sprits, also I would like to thank you for appointing Me new Counsel. However your Honor I believe that Mr. Montemarano is in possession of the discovery and the Consensually recorded calls, which I have'nt seen, or yet to hear. With trial in less than 60 days. I really need them to be able to file the proper Motions. Mr. Montemarano has had the discovery for several months now. Your Honor I would really appreciate it if you could have Mr. Montemarano turn the discovery over to My new Counseler. Your Honor, I would like to add that Mr. Montemarano waived both My preliminary and detention hearing without My consent. I have enclosed the letter written by mr. Montemarano which states I agreed to the waiver, which did not. Your Honor, the letter states that I can have a preliminary hearing in the future, I would like to have one, and also a detention hearing asap. Your Honor I know that you are a very busy Man and I do not Mean to be a nuisance. Thanks again!!

P.S. I would appreciate it if the court would send Me a docket Report and have Me put in for a status hearing

Sincerly
Cornell Brown

# MICHAEL D. MONTEMARANO, P.A.
*Attorney and Counsellor at Law*

10630 LITTLE PATUXENT PARKWAY
SUITE 146
COLUMBIA, MARYLAND 21044
(410) 992-0067
FAX (410) 992-6915
email: montemarano67@gmail.com

August 14, 2014

**VIA CM/ECF**
The Honorable Timothy J. Sullivan
United States Magistrate Judge
United States Courthouse
101 West Lombard Street
Baltimore, MD 21201

      RE: *United States v. Cornell Brown*
           No. 14-1807-TJS
           Preliminary hearing deadline waiver

Dear Judge Sullivan:

      Pursuant to the defense's discussions with Ms. Mittal on behalf of the government and with my client's agreement, please accept this letter as notice in satisfaction of F.R.Cr.P. 5.1(d). Mr. Brown will not assert his right to a preliminary hearing within fourteen days per F.R.Cr.P. 5.1(c), without prejudice to his right to request such hearing at some point in the future. This letter also indicates the defense's consent and the parties' mutual stipulation to the existence of good cause for such general continuance.

      Thank you for your attention to this.

                    Very truly yours,

                    /s/

                    Michael D. Montemarano

MDM/ap

cc:    Seema Mittal, Esq., AUSA



**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

| | | |
|---|---|---|
| Christopher J. Romano<br>Assistant United States Attorney<br>Christopher.Romano@usdoj.gov | Suite 400<br>36 S. Charles Street<br>Baltimore, MD 21201-3119 | DIRECT: 410-209-4907<br>MAIN: 410-209-4800<br>FAX: 410-962-0717 |

September 12, 2014

VIA U.S. MAIL

To All Counsel on
Attached Distribution List

    Re:    *United States v. Antoine Demarr Washington, et al.*
           RDB-14-00389
           Discovery 1 – CD E01

Dear Counsel:

    Pursuant to the discovery agreement in the above-captioned case, enclosed, please find one disc labeled E01 that contains consensual calls made by Michael Barrett on 8/6/14, 8/7/14, and 8/11/14.

    *Please note that these materials are provided on the condition that they not be copied, except for use by counsel, and that no copy will be provided to any defendant or to any other person, the media, or to anyone other than a member of your defense team.*

    Thank you. Please call with any questions.

                                  Very truly yours,

                                  Rod J. Rosenstein
                                  United States Attorney

                    By:       /s/
                                  Christopher J. Romano
                                  Seema Mittal
                                  Assistant United States Attorneys



Cortell Brown #2263176
401 E. Madison Street
Baltimore, MD. 21202

United State Clerk of Court
101 Lombard Street.
Baltimore, MD. 21201
Case# RDB-14-389